

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan
Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5031*
*sarina.kaplan@usdoj.gov*

August 7, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:  *Martel v Mullin, et. al.,* No. 26-8657 (RK)
>      **Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 6, 2026, Text Order granting the release of Petitioner. ECF No. 3. U.S. Immigration and Customs Enforcement ("ICE") advised this Office that it released Petitioner from its custody on August 6, 2026, at 11:00 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/Sarina Kaplan*
     SARINA KAPLAN
     Assistant United States Attorney
     *Attorneys for Respondents*

cc:   Counsel of record via ECF

This matter shall be marked CLOSED.
SO ORDERED.

_____
Robert Kirsch, U.S.D.J.
DATE: _August 10, 2026_